BENJAMIN SPIELMAN, as Administrator, etc., of MYRNA SPIELMAN, Deceased, Respondent, v. SAMUEL FIELDS, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. To the extent of the policy coverage provided herein, pursuant to section 568-a of the Civil Practice Act, stay is granted until the granting or final refusal by the

892

Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.